none was returned. Under the circumstances we must affirm the judgment, but it will be without costs. The judgment should be affirmed, without costs. Burr, Thomas, Carr and Stapleton, JJ., concurred. Judgment affirmed, without costs.

————

Brooklyn, Queens County and Suburban Railroad Company, Appellant, v. Maria A. Bird, Respondent, Impleaded with The City of New York, Defendant.— Motion denied, with costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Mary Coyne, as Administratrix, etc., Appellant, v. John Thatcher & Son, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Josephine T. Deady, Appellant, v. E. Virgil Neal, Respondent.— Motion denied on condition that appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Jennie May Derick, Appellant, v. William P. Richardson, Respondent. — Motion denied, on the ground that leave is unnecessary. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Granite Associates, Respondent, v. Lippman Realty Company and Others, Defendants, Impleaded with E. J. McLaughlin Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Thomas Hanna, Respondent, v. Standard Oil Company of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Margaret V. Hayes, Respondent, v. J. L. Kesner Company, Appellant.— Motion granted, with costs, inasmuch as it does not appear that there is any merit in the appeal, as required by the special rule adopted October 4, 1910, and no excuse or explanation is given for appellant's failure to file brief. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Land, etc., Situated in the Block Bounded by Chauncey and Marion Streets, Hopkinson and Rockaway Avenues, in the Borough of Brooklyn, etc.— Motion to amend stipulation denied, with costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Land, etc., Situated in the Block Bounded by Chauncey and Marion Streets, Hopkinson and Rockaway Avenues, in the Borough of Brooklyn, etc.— Motion to stay granted on condition that within the time specified the said Delia A. Finnigan execute and file an undertaking, to be approved by a justice of this court, which would be sufficient to stay proceedings upon an appeal from a judgment for a like amount; otherwise, motion denied, with costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of the Application of the Public Service Commission for the First District for the Appointment of Three Commissioners, etc.